**Order entered August 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00176-CR

**DERRYCK JEROD JAMES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F13-55636-N**

## ORDER

The Court **REINSTATES** the appeal.

On August 11, 2015, we granted the motion of Julie Woods to withdraw as counsel and ordered the trial court to appoint new counsel to represent appellant. We have received the trial court's order appointing Lawrence Mitchell to represent appellant. Accordingly, we **DIRECT** the Clerk to list Lawrence Mitchell as appellant's appointed attorney of record.

Appellant's brief is due within thirty days of the date of this order.

/s/   LANA MYERS
JUSTICE